Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.<br><br>    Plaintiffs,<br>              v.<br><br>RIVER VIEW CONSTRUCTION, INC., a California Corporation,<br><br>    Defendant. | Case No.:  CV13-4729 KAW<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs RUSSELL E. BURNS, et al. ("Plaintiffs"), voluntarily dismiss, without prejudice, the complaint ("Complaint") filed against Defendant RIVER VIEW CONSTRUCTION, INC. ("Defendant"), a California corporation, on October 10, 2013.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**Case No.: CV13-4729 KAW**

Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously dismissed an action in any court based on or including the same claim against Defendant. It is therefore requested that this action be dismissed without prejudice.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 5th day of December 2013, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: /S/
Erica J. Russell
Attorneys for Plaintiffs

**ORDER**

Based on the foregoing and GOOD CAUSE APPEARING, this action is dismissed, without prejudice, and all dates in this matter are hereby vacated. The court shall retain jurisdiction of the action.

IT IS SO ORDERED.

Dated: December 6, 2013

UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE

-2-
VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No.: CV13-4729 KAW